**Leslie William REAMER, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 12686.

United States Court of Appeals
Sixth Circuit.

Dec. 13, 1955.

Jameson & Sislock, Detroit, Mich., for appellant.

Fred W. Kaess, George E. Woods, Detroit, Mich., for appellee.

Before SIMONS, Chief Judge, and McALLISTER and STEWART, Circuit Judges.

**PER CURIAM.**

This appeal is taken from the district court's order denying appellant's motion to vacate sentence filed under 28 U.S.C.A. § 2255. Appellant's motion was based upon the claim that the evidence upon which he was convicted was inconsistent with the indictment. The indictment charged that appellant, in the course of a bank robbery, "did put in jeopardy the life of Fred W. Pluskat, by the use of a dangerous weapon, * * *." The evidence showed that it was actually appellant's co-defendant who held Pluskat at gun point.

Assuming that this claim was of a kind that could properly be made in a motion to vacate sentence, it was without merit. As the district court pointed out, a complete answer to the appellant's contention is the law that makes a principal of an aider and abettor. 18 U.S. C.A. § 2.

The order appealed from is affirmed.